IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CQUENTIA SERIES, LLC, ET AL., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | NO. 4:17-CV-919-A |
| | § | |
| CHANNEL (H), INC., ET AL., | § | |
| | § | |
| Defendants. | § | |

ORDER

Came on for consideration the motion of plaintiffs, Cquentia Series, LLC, and HTG Series, for dismissal without prejudice. The court, having considered the motion, the response of defendants, Channel (H), Inc., and Robert Capelli, the reply, the record, and applicable authorities, finds that, pursuant to Miscellaneous Order 33 of the United States District Court for the Northern District of Texas, the case should be referred to the Bankruptcy Judges of this district for consideration and resolution consistent with law.

The court SO ORDERS.

SIGNED March 21, 2018.

_____
JOHN McBRYDE
United States District Judge