ntchrg (rev. 05/11)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| In Re:<br>TXNB INTERNAL CASE | §<br>§<br>§<br>§ | Case No.:   88–88888–bjh7 |
| Debtor(s) | § | Chapter No.:  7 |
| Cquentia Series, LLC  et al.<br><br>Plaintiff(s) | §<br>§ | Adversary No.:   18–04094–rfn |
| vs.<br>Channel (H), Inc.  et al. | §<br>§ | |
| Defendant(s) | § | |

# NOTICE SETTING STATUS CONFERENCE

A status conference has been set in the U.S. Bankruptcy Court for **April 18, 2018** at **1:30 p.m.** before the Honorable Russell F. Nelms at 501 W. 10th St., Room 204, Fort Worth, TX 76102 to consider

Notice of Removal.

DATED:  March 23, 2018            FOR THE COURT:
                                  Jed G. Weintraub, Clerk of Court

                                  by: /s/J. McCrory, Deputy Clerk